# EXHIBIT S

California Northern District

# Active Cases

223 Results  **VIEW IN BROWSER**

Courts: California Northern District    Case Status: Active

| Case | Case Filing Date ▼ | Court |
| --- | --- | --- |
| Jenam Tech, LLC v. Google, LLC<br>3-21-cv-09318 (NDCA) | Dec. 02, 2021 | NDCA |
| Correct Transmission, LLC v. Juniper Networks, Inc.<br>3-21-cv-09284 (NDCA) | Dec. 01, 2021 | NDCA |
| Largan Precision Co., Ltd. v. Motorola Mobility LLC<br>3-21-cv-09138 (NDCA) | Nov. 24, 2021 | NDCA |
| Express Mobile, Inc. v. Atlassian Corp. plc et al<br>3-21-cv-08942 (NDCA) | Nov. 19, 2021 | NDCA |
| NOSSK, Inc. v. Fitness Anywhere, LLC d/b/a TRX<br>5-21-cv-08914 (NDCA) | Nov. 17, 2021 | NDCA |
| Neonode Smartphone LLC v. Apple Inc<br>3-21-cv-08872 (NDCA) | Nov. 16, 2021 | NDCA |
| Social Positioning Input Systems, LLC v. Mojio USA, Inc.<br>3-21-cv-08827 (NDCA) | Nov. 14, 2021 | NDCA |
| Super Interconnect Technologies LLC v. Google LLC<br>5-21-cv-08706 (NDCA) | Nov. 09, 2021 | NDCA |
| WSOU Investments, LLC v. Arista Networks, Inc.<br>4-21-cv-08679 (NDCA) | Nov. 08, 2021 | NDCA |
| Informative Technology Systems, LLC v. NextLabs, Inc.<br>3-21-cv-08505 (NDCA) | Nov. 02, 2021 | NDCA |
| Informative Technology Systems, LLC v. Digify, Inc.<br>3-21-cv-08506 (NDCA) | Nov. 02, 2021 | NDCA |
| CyboEnergy, Inc. v. Northern Electric Power Technology, Inc.<br>3-21-cv-08534 (NDCA) | Nov. 02, 2021 | NDCA |
| Informative Technology Systems, LLC v. Seclore, Inc.<br>4-21-cv-08504 (NDCA) | Nov. 02, 2021 | NDCA |
| Digital Verification Systems, LLC v. Foxit Software, Inc.<br>4-21-cv-08529 (NDCA) | Nov. 02, 2021 | NDCA |
| Digital Verification Systems, LLC v. Paubox, Inc.<br>5-21-cv-08531 (NDCA) | Nov. 02, 2021 | NDCA |
| HD Silicon Solutions LLC v. Microchip Technology Inc.<br>3-21-cv-08295 (NDCA) | Oct. 27, 2021 | NDCA |
| Bluebonnet Internet Media Services, LLC v. Pandora Media, LLC<br>3-21-cv-08294 (NDCA) | Oct. 25, 2021 | NDCA |
| Software Research, Inc. v. BrowserStack, Inc.<br>4-21-cv-08124 (NDCA) | Oct. 18, 2021 | NDCA |
| Hongji Intelligent Bike Co., Ltd. v. Igogomi LLC et al<br>3-21-cv-08067 (NDCA) | Oct. 14, 2021 | NDCA |
| Jenam Tech, LLC v. Google LLC<br>4-21-cv-07994 (NDCA) | Oct. 12, 2021 | NDCA |
| Signify North America Corporation et al v. Kind LED Grow Lights LLC et al<br>5-21-cv-07983 (NDCA) | Oct. 12, 2021 | NDCA |
| Riggs Technology Holdings, LLC v. Vagaro, Inc.<br>3-21-cv-07927 (NDCA) | Oct. 08, 2021 | NDCA |
| Synthego Corporation v. Agilent Technologies, Inc.<br>5-21-cv-07801 (NDCA) | Oct. 05, 2021 | NDCA |
| Azizi v. Sol Boards, Inc.<br>3-21-cv-07750 (NDCA) | Oct. 04, 2021 | NDCA |
| ON24, Inc. v. webinar.net, Inc.<br>3-21-cv-07721 (NDCA) | Oct. 01, 2021 | NDCA |
| BelAir Electronics, Inc. v. Poetic Cases, Inc.<br>3-21-cv-07671 (NDCA) | Sep. 30, 2021 | NDCA |

| | | |
|---|---|---|
| Sonos, Inc. v. Google LLC<br>3-21-cv-07559 (NDCA) | Sep. 28, 2021 | NDCA |
| Unicorn Energy GmbH v. Tesla, Inc.<br>5-21-cv-07476 (NDCA) | Sep. 28, 2021 | NDCA |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07557 (NDCA) | Sep. 28, 2021 | NDCA |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07560 (NDCA) | Sep. 28, 2021 | NDCA |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07561 (NDCA) | Sep. 28, 2021 | NDCA |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07562 (NDCA) | Sep. 28, 2021 | NDCA |
| CoStar Realty Information, Inc. v. Modern Font Applications LLC<br>5-21-cv-07521 (NDCA) | Sep. 27, 2021 | NDCA |
| Social Positioning Input Systems, LLC v. Sieva Networks, Inc.<br>5-21-cv-07526 (NDCA) | Sep. 27, 2021 | NDCA |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07558 (NDCA) | Sep. 27, 2021 | NDCA |
| Integrated Technology Solutions, LLC v. BANDAI NAMCO Entertainment America Inc.<br>3-21-cv-07416 (NDCA) | Sep. 23, 2021 | NDCA |
| Ikorongo Texas LLC v. Uber Technologies, Inc.<br>3-21-cv-07420 (NDCA) | Sep. 23, 2021 | NDCA |
| Ikorongo Texas LLC v. Samsung Electronics Co., LTD et al<br>3-21-cv-07424 (NDCA) | Sep. 23, 2021 | NDCA |
| Ikorongo Texas LLC v. LG Electronics Inc. et al<br>3-21-cv-07429 (NDCA) | Sep. 23, 2021 | NDCA |
| Battery Conservation Innovations, LLC v. Corsair Gaming, Inc.<br>4-21-cv-07322 (NDCA) | Sep. 20, 2021 | NDCA |
| Eagle Eyes Traffic Industry USA Holding LLC v. E-Go Bike LLC<br>3-21-cv-07097 (NDCA) | Sep. 14, 2021 | NDCA |
| CareView Communications, Inc. v. Interactive Digital Solutions, Inc.<br>4-21-cv-07061 (NDCA) | Sep. 13, 2021 | NDCA |
| Social Positioning Input Systems, LLC v. Geozilla Inc.<br>4-21-cv-07073 (NDCA) | Sep. 13, 2021 | NDCA |
| Pegasus Solar, Inc. v. Unirac, Inc.<br>3-21-cv-06933 (NDCA) | Sep. 07, 2021 | NDCA |
| Unirac, Inc. v. Pegasus Solar, Inc.<br>3-21-cv-06934 (NDCA) | Sep. 07, 2021 | NDCA |
| Ikorongo Texas LLC v. Lyft, Inc.<br>3-21-cv-06820 (NDCA) | Sep. 02, 2021 | NDCA |
| Express Mobile, Inc. v. eBay Inc.<br>3-21-cv-06656 (NDCA) | Aug. 30, 2021 | NDCA |
| Social Positioning Input Systems, LLC v. Abaqus Inc.<br>4-21-cv-06704 (NDCA) | Aug. 30, 2021 | NDCA |
| Express Mobile, Inc. v. Facebook Inc.<br>3-21-cv-06657 (NDCA) | Aug. 27, 2021 | NDCA |
| Viavi Solutions Inc. v. Platinum Optics Technology Inc.<br>5-21-cv-06655 (NDCA) | Aug. 27, 2021 | NDCA |
| People.ai, Inc. v. Clari Inc.<br>3-21-cv-06314 (NDCA) | Aug. 17, 2021 | NDCA |
| Trenchant Blade Technologies LLC v. Samsung Electronics Co., Ltd. et al<br>3-21-cv-06313 (NDCA) | Aug. 16, 2021 | NDCA |
| Duolingo, Inc. v. Modern Font Applications LLC<br>5-21-cv-06132 (NDCA) | Aug. 10, 2021 | NDCA |
| Apple Inc. v. Traxcell Technologies LLC<br>3-21-cv-06059 (NDCA) | Aug. 05, 2021 | NDCA |
| InnoMemory LLC v. Etron Technology America, Inc.<br>3-21-cv-05511 (NDCA) | Jul. 19, 2021 | NDCA |

| | | |
|---|---|---|
| TJTM Technologies, LLC v. Samsung Electronics America, Inc. <br> 4-21-cv-05500 (NDCA) | Jul. 16, 2021 | NDCA |
| MasterObjects, Inc. v. Facebook, Inc. <br> 3-21-cv-05428 (NDCA) | Jul. 15, 2021 | NDCA |
| Johnstech International Corp. v. WinWay Technology Co. Ltd. et al <br> 3-21-cv-05466 (NDCA) | Jul. 15, 2021 | NDCA |
| Cox v. Ford Motor Company <br> 3-21-cv-05388 (NDCA) | Jul. 14, 2021 | NDCA |
| Coinbase, Inc. v. Modern Font Applications LLC <br> 3-21-cv-05305 (NDCA) | Jul. 09, 2021 | NDCA |
| Triller, Inc. v. ByteDance, Ltd. et al <br> 4-21-cv-05300 (NDCA) | Jul. 09, 2021 | NDCA |
| Cellco Partnership d/b/a Verizon Wireless Inc. et al v. VoIP-Pal.com, Inc. <br> 3-21-cv-05275 (NDCA) | Jul. 08, 2021 | NDCA |
| Apple Inc. v. VoIP-Pal.com, Inc. <br> 3-21-cv-05110 (NDCA) | Jul. 01, 2021 | NDCA |
| Novartis Vaccines and Diagnostics, Inc. et al v. Genentech, Inc. <br> 5-21-cv-04874 (NDCA) | Jun. 24, 2021 | NDCA |
| DocuSign, Inc. v. Clark <br> 3-21-cv-04785 (NDCA) | Jun. 22, 2021 | NDCA |
| XR Communications LLC d/b/a Vivato Technologies v. Ruckus Wireless, Inc. <br> 3-21-cv-04679 (NDCA) | Jun. 17, 2021 | NDCA |
| Cooler Master Co., Ltd. et al v. Asetek Danmark A/S <br> 4-21-cv-04627 (NDCA) | Jun. 16, 2021 | NDCA |
| Quicklogic Corporation v. Konda Technologies, Inc. et al <br> 4-21-cv-04657 (NDCA) | Jun. 16, 2021 | NDCA |
| VDPP LLC v. Asustek Computer Inc. et al <br> 5-21-cv-04649 (NDCA) | Jun. 16, 2021 | NDCA |
| Lyft, Inc. v. AGIS Software Development LLC <br> 5-21-cv-04653 (NDCA) | Jun. 16, 2021 | NDCA |
| 2BCOM, LLC v. Logitech Inc. <br> 3-21-cv-04605 (NDCA) | Jun. 15, 2021 | NDCA |
| Advanced Silicon Group Technologies, LLC v. Canadian Solar, Inc. et al <br> 4-21-cv-04514 (NDCA) | Jun. 11, 2021 | NDCA |
| Advanced Silicon Group Technologies, LLC v. Boviet Solar Technology Co., Ltd. et al <br> 5-21-cv-04510 (NDCA) | Jun. 11, 2021 | NDCA |
| KOSS Corporation v. Plantronics, Inc., et. al. <br> 4-21-cv-03854 (NDCA) | May. 21, 2021 | NDCA |
| 10Tales, Inc. v. TikTok, Inc. <br> 4-21-cv-03868 (NDCA) | May. 21, 2021 | NDCA |
| Netflix, Inc. v. CA, Inc. d/b/a CA Technologies et al <br> 3-21-cv-03649 (NDCA) | May. 14, 2021 | NDCA |
| MindbaseHQ LLC v. Google LLC <br> 4-21-cv-03603 (NDCA) | May. 13, 2021 | NDCA |
| V5 Systems, Inc. v. Far et al <br> 3-21-cv-03380 (NDCA) | May. 06, 2021 | NDCA |
| Novartis Pharmaceuticals Corporation v. Handa Neuroscience, LLC et al <br> 5-21-cv-03397 (NDCA) | May. 06, 2021 | NDCA |
| Google, LLC f/k/a Google Inc. v. EcoFactor, Inc. <br> 4-21-cv-03220 (NDCA) | Apr. 30, 2021 | NDCA |
| Core Optical Technologies, LLC v. Apple Inc. et al <br> 3-21-cv-03075 (NDCA) | Apr. 27, 2021 | NDCA |
| Chung v. Intellectsoft Group Corporation <br> 4-21-cv-03074 (NDCA) | Apr. 27, 2021 | NDCA |
| Future Motion, Inc. v. Unknown Defendant d/b/a Floatwheel <br> 3-21-cv-03022 (NDCA) | Apr. 26, 2021 | NDCA |
| Samsung America, Inc. et al v. Blaze Mobile, Inc. et al <br> 5-21-cv-02989 (NDCA) | Apr. 25, 2021 | NDCA |

| | | |
|---|---|---|
| Optima Direct, LLC v. Yageo America Corporation<br>4-21-cv-02823 (NDCA) | Apr. 19, 2021 | NDCA |
| Twitter, Inc. v. VoIP-Pal.com, Inc.<br>5-21-cv-02769 (NDCA) | Apr. 16, 2021 | NDCA |
| Correlated Magnetics Research, LLC v. Logitech Inc.<br>4-21-cv-02554 (NDCA) | Apr. 08, 2021 | NDCA |
| Wisk Aero LLC v. Archer Aviation Inc.<br>3-21-cv-02450 (NDCA) | Apr. 06, 2021 | NDCA |
| Core Optical Technologies, LLC v. Juniper Networks, Inc.<br>3-21-cv-02428 (NDCA) | Apr. 05, 2021 | NDCA |
| Rothy's, Inc. f/k/a CABH Holdings, LLC v. Birdies, Inc.<br>3-21-cv-02438 (NDCA) | Apr. 05, 2021 | NDCA |
| Skillz Platform Inc. v. AviaGames Inc.<br>5-21-cv-02436 (NDCA) | Apr. 05, 2021 | NDCA |
| Oyster Optics, LLC v. Ciena Corporation<br>4-21-cv-02241 (NDCA) | Mar. 30, 2021 | NDCA |
| Contour IP Holding, LLC v. GoPro, Inc.<br>3-21-cv-02143 (NDCA) | Mar. 26, 2021 | NDCA |
| US Cotton, LLC v. A to Z Beauty, LLC<br>4-21-cv-02141 (NDCA) | Mar. 26, 2021 | NDCA |
| Express Mobile, Inc. v. Slack Technologies, Inc.<br>3-21-cv-02001 (NDCA) | Mar. 23, 2021 | NDCA |
| Hantz Software, LLC v. Sage Intacct, Inc.<br>4-21-cv-01987 (NDCA) | Mar. 22, 2021 | NDCA |
| Control Laser Corporation v. Smith d/b/a BSET EQ<br>4-21-cv-01869 (NDCA) | Mar. 17, 2021 | NDCA |
| Lyft, Inc. v. Quartz Auto Technologies, LLC<br>4-21-cv-01871 (NDCA) | Mar. 17, 2021 | NDCA |
| Express Mobile, Inc. v. Dropbox, Inc.<br>3-21-cv-01145 (NDCA) | Feb. 16, 2021 | NDCA |
| Carl Zeiss X-Ray Microscopy, Inc. v. Sigray, Inc.<br>5-21-cv-01129 (NDCA) | Feb. 16, 2021 | NDCA |
| Netskope, Inc. v. Bitglass, Inc.<br>3-21-cv-00916 (NDCA) | Feb. 05, 2021 | NDCA |
| Unirac, Inc. v. Wencon Development, Inc. d/b/a QuickMount PV Corporation et al<br>3-21-cv-00478 (NDCA) | Jan. 20, 2021 | NDCA |
| Topdown Licensing LLC v. Guillemot Inc.<br>4-20-cv-09481 (NDCA) | Dec. 31, 2020 | NDCA |
| Applied Materials, Inc. v. Demaray LLC<br>5-20-cv-09341 (NDCA) | Dec. 24, 2020 | NDCA |
| People.ai, Inc. v. SetSail Technologies, Inc.<br>3-20-cv-09148 (NDCA) | Dec. 17, 2020 | NDCA |
| Regents of the University of California et al v. LTI Flexible Products, Inc.<br>3-20-cv-08686 (NDCA) | Dec. 08, 2020 | NDCA |
| Capella Photonics, Inc. v. Ciena Corporation<br>3-20-cv-08628 (NDCA) | Dec. 07, 2020 | NDCA |
| Express Mobile, Inc. v. Salesforce.com, Inc.<br>3-20-cv-08461 (NDCA) | Dec. 01, 2020 | NDCA |
| Express Mobile, Inc. v. Booking.com B.V.<br>3-20-cv-08491 (NDCA) | Dec. 01, 2020 | NDCA |
| Express Mobile, Inc. v. SAP SE et al<br>3-20-cv-08492 (NDCA) | Dec. 01, 2020 | NDCA |
| Express Mobile, Inc. v. Oath Holdings Inc. f/k/a Yahoo!<br>3-20-cv-08321 (NDCA) | Nov. 25, 2020 | NDCA |
| Express Mobile, Inc. v. Pinterest, Inc.<br>3-20-cv-08335 (NDCA) | Nov. 25, 2020 | NDCA |
| Express Mobile, Inc. v. Amazon.com, Inc.<br>3-20-cv-08339 (NDCA) | Nov. 25, 2020 | NDCA |

| | | |
|---|---|---|
| Express Mobile, Inc. v. Adobe Inc. d/b/a Adobe Systems Inc. et al<br>3-20-cv-08297 (NDCA) | Nov. 24, 2020 | NDCA |
| Samsung Electronics Co. Ltd. et al v. Trenchant Blade Technologies, LLC et al<br>3-20-cv-08205 (NDCA) | Nov. 20, 2020 | NDCA |
| MasterObjects, Inc. v. Amazon.com, Inc.<br>3-20-cv-08103 (NDCA) | Nov. 17, 2020 | NDCA |
| ByteDance Inc. et al v. Triller, Inc.<br>4-20-cv-07572 (NDCA) | Oct. 28, 2020 | NDCA |
| Yuntek International, Inc. v. Xiamen JXD Electronic Commerce Co., Ltd. et al<br>4-20-cv-07201 (NDCA) | Oct. 15, 2020 | NDCA |
| AllRounds, Inc. v. eShares, Inc. et al<br>3-20-cv-07083 (NDCA) | Oct. 09, 2020 | NDCA |
| Amphenol Corporation v. Luxshare-ICT, Inc. et al<br>3-20-cv-06785 (NDCA) | Sep. 29, 2020 | NDCA |
| Google LLC v. Sonos, Inc.<br>3-20-cv-06754 (NDCA) | Sep. 28, 2020 | NDCA |
| Asetek Danmark A/S v. Corsair Gaming, Inc. et al<br>3-20-cv-06541 (NDCA) | Sep. 17, 2020 | NDCA |
| Dali Wireless, Inc. v. Corning Optical Communications LLC<br>3-20-cv-06469 (NDCA) | Sep. 16, 2020 | NDCA |
| NantWorks, LLC et al v. Niantic, Inc.<br>3-20-cv-06262 (NDCA) | Sep. 03, 2020 | NDCA |
| Express Mobile, Inc. v. Microsoft Corporation<br>3-20-cv-06152 (NDCA) | Sep. 01, 2020 | NDCA |
| Viavi Solutions Inc. v. Platinum Optics Technology Inc.<br>5-20-cv-05501 (NDCA) | Aug. 07, 2020 | NDCA |
| Linquet Technologies, Inc. v. Tile, Inc.<br>3-20-cv-05153 (NDCA) | Jul. 27, 2020 | NDCA |
| Broadcom Corporation et al v. Netflix, Inc.<br>3-20-cv-04677 (NDCA) | Jul. 14, 2020 | NDCA |
| KlausTech LLC v. Google LLC f/k/a Google Inc.<br>4-20-cv-04459 (NDCA) | Jul. 06, 2020 | NDCA |
| Synopsys, Inc. v. Siemens Industry Software Inc.<br>3-20-cv-04151 (NDCA) | Jun. 23, 2020 | NDCA |
| Google LLC f/k/a Google Inc. v. Sonos, Inc.<br>3-20-cv-03845 (NDCA) | Jun. 11, 2020 | NDCA |
| Cellspin Soft, Inc. v. Garmin International, Inc. et al<br>4-20-cv-03673 (NDCA) | Jun. 02, 2020 | NDCA |
| SIPCO, LLC v. Vigilent Corporation<br>3-20-cv-03520 (NDCA) | May. 26, 2020 | NDCA |
| Fortinet, Inc. v. Forescout Technologies, Inc.<br>3-20-cv-03343 (NDCA) | May. 15, 2020 | NDCA |
| Juniper Networks, Inc. v. Swarm Technology LLC<br>3-20-cv-03137 (NDCA) | May. 07, 2020 | NDCA |
| Synopsys, Inc. v. Real Intent, Inc.<br>5-20-cv-02819 (NDCA) | Apr. 23, 2020 | NDCA |
| Oyster Optics, LLC v. Ciena Corporation et al<br>4-20-cv-02354 (NDCA) | Apr. 07, 2020 | NDCA |
| The Solaria Corporation v. Canadian Solar Inc. et al<br>4-20-cv-02169 (NDCA) | Mar. 31, 2020 | NDCA |
| Illumina, Inc. et al v. BGI Genomics Co., Ltd. et al<br>3-20-cv-01465 (NDCA) | Feb. 27, 2020 | NDCA |
| Centre Way Company Limited v. Antomove et al<br>5-20-cv-01377 (NDCA) | Feb. 24, 2020 | NDCA |
| Omni MedSci, Inc. v. Apple Inc.<br>4-20-cv-00563 (NDCA) | Jan. 24, 2020 | NDCA |
| Arsus, LLC v. Tesla Motors, Inc.<br>3-20-cv-00313 (NDCA) | Jan. 14, 2020 | NDCA |

| | | |
|---|---|---|
| Seiko Epson Corporation et al v. Straightouttaink, LP et al<br>4-19-cv-08240 (NDCA) | Dec. 18, 2019 | NDCA |
| Zircon Corporation v. Stanley Black & Decker, Inc. et al<br>4-19-cv-08044 (NDCA) | Dec. 09, 2019 | NDCA |
| Bot M8 LLC v. Sony Corporation Of America et al<br>3-19-cv-07027 (NDCA) | Oct. 25, 2019 | NDCA |
| Edwards Lifesciences Corp. et al v. Meril Life Sciences Pvt. Ltd. et al<br>4-19-cv-06593 (NDCA) | Oct. 14, 2019 | NDCA |
| Express Mobile, Inc. v. Wix.com, Ltd. et al<br>3-19-cv-06559 (NDCA) | Oct. 11, 2019 | NDCA |
| Omni MedSci, Inc. v. Apple Inc.<br>4-19-cv-05924 (NDCA) | Sep. 23, 2019 | NDCA |
| Celgard, LLC v. Shenzhen Senior Technology Material Co. Ltd. (US) Research Institute et al<br>4-19-cv-05784 (NDCA) | Sep. 16, 2019 | NDCA |
| Omni MedSci, Inc. v. Apple Inc.<br>4-19-cv-05673 (NDCA) | Sep. 11, 2019 | NDCA |
| V. Sattui Winery v. Landmark Technology A, LLC<br>3-19-cv-05207 (NDCA) | Aug. 21, 2019 | NDCA |
| WAG ACQUISITION, L.L.C. v. FRIENDFINDER NETWORKS INC. et al<br>3-19-cv-05036 (NDCA) | Aug. 16, 2019 | NDCA |
| Packet Intelligence LLC v. Juniper Networks, Inc.<br>3-19-cv-04741 (NDCA) | Aug. 13, 2019 | NDCA |
| Columbia Insurance Company et al v. Simpson Strong-Tie Company, Inc.<br>3-19-cv-04683 (NDCA) | Aug. 12, 2019 | NDCA |
| Carl Zeiss Meditec, Inc. v. Topcon Medical Systems, Inc. et al<br>4-19-cv-04162 (NDCA) | Jul. 19, 2019 | NDCA |
| Illumina, Inc. et al v. BGI Genomics Co., Ltd et al<br>3-19-cv-03770 (NDCA) | Jun. 27, 2019 | NDCA |
| Opticurrent, LLC v. Power Integrations, Inc.<br>3-19-cv-03563 (NDCA) | Jun. 19, 2019 | NDCA |
| Dolby Laboratories, Inc. v. Intertrust Technologies Corporation<br>3-19-cv-03371 (NDCA) | Jun. 13, 2019 | NDCA |
| Impinj, Inc. v. NXP USA, Inc.<br>4-19-cv-03161 (NDCA) | Jun. 06, 2019 | NDCA |
| Nutanix, Inc. v. Uniloc 2017 LLC<br>4-19-cv-02733 (NDCA) | May. 20, 2019 | NDCA |
| Palo Alto Networks, Inc. v. Packet Intelligence LLC<br>3-19-cv-02471 (NDCA) | May. 07, 2019 | NDCA |
| Elekta Ltd. et al v. ZAP Surgical Systems, Inc.<br>4-19-cv-02269 (NDCA) | Apr. 26, 2019 | NDCA |
| Lenovo (United States) Inc. et al v. IPCOM GmbH & Co., KG<br>5-19-cv-01389 (NDCA) | Mar. 14, 2019 | NDCA |
| Cellwitch Inc. v. Tile, Inc.<br>4-19-cv-01315 (NDCA) | Mar. 12, 2019 | NDCA |
| Trusted Knight Corporation v. International Business Machines Corporation<br>3-19-cv-01206 (NDCA) | Mar. 05, 2019 | NDCA |
| CertainTeed Gypsum, Inc. v. Pacific Coast Building Products, Inc. et al<br>5-19-cv-00802 (NDCA) | Feb. 14, 2019 | NDCA |
| Trimble Inc. et al v. PerDiemCo LLC<br>4-19-cv-00526 (NDCA) | Jan. 29, 2019 | NDCA |
| Asetek Danmark A/S v. CoolIT Systems, Inc.<br>3-19-cv-00410 (NDCA) | Jan. 23, 2019 | NDCA |
| CUPP Cybersecurity LLC et al v. Symantec Corporation<br>3-19-cv-00298 (NDCA) | Jan. 17, 2019 | NDCA |
| Zoho Corporation v. Sentius International, LLC<br>4-19-cv-00001 (NDCA) | Jan. 01, 2019 | NDCA |
| Finjan, LLC v. Qualys Inc.<br>4-18-cv-07229 (NDCA) | Nov. 29, 2018 | NDCA |

| Finjan, Inc. v. Fortinet, Inc.<br>3-18-cv-06555 (NDCA) | Oct. 26, 2018 | NDCA |
|---|---|---|
| Realtime Data LLC v. Veritas Technologies LLC, et al<br>3-18-cv-06029 (NDCA) | Oct. 02, 2018 | NDCA |
| MPH Technologies Oy v. Apple Inc.<br>4-18-cv-05935 (NDCA) | Sep. 27, 2018 | NDCA |
| Teradata Corporation et al v. SAP SE et al<br>3-18-cv-03670 (NDCA) | Jun. 19, 2018 | NDCA |
| Uniloc USA, Inc. et al v. Box, Inc.<br>4-18-cv-03364 (NDCA) | Jun. 11, 2018 | NDCA |
| Upaid Systems, Ltd. v. Monterey Express Wash<br>4-18-cv-02551 (NDCA) | Apr. 30, 2018 | NDCA |
| Gamevice, Inc. v. Nintendo Co., Ltd. et al<br>3-18-cv-01942 (NDCA) | Mar. 29, 2018 | NDCA |
| Cyntec Company, Ltd. v. Chilisin Electronics Corp. et al<br>4-18-cv-00939 (NDCA) | Feb. 13, 2018 | NDCA |
| FullView, Inc. v. Polycom, Inc.<br>3-18-cv-00510 (NDCA) | Jan. 23, 2018 | NDCA |
| Cellspin Soft, Inc. v. JK Imaging Ltd.<br>4-17-cv-06881 (NDCA) | Dec. 01, 2017 | NDCA |
| Regents of the University of Minnesota v. Gilead Sciences, Inc.<br>3-17-cv-06056 (NDCA) | Oct. 23, 2017 | NDCA |
| Hybrid Audio, LLC v. ASUS Computer International, Inc. et al<br>3-17-cv-05947 (NDCA) | Oct. 17, 2017 | NDCA |
| Oyster Optics, LLC v. Ciena Corporation<br>4-17-cv-05920 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Fitbit LLC<br>4-17-cv-05928 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Moov Inc. d/b/a Moov Fitness, Inc.<br>4-17-cv-05929 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Nike, Inc.<br>4-17-cv-05931 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Under Armour, Inc.<br>4-17-cv-05932 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Fossil Group, Inc. et al<br>4-17-cv-05933 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Garmin International, Inc. et al<br>4-17-cv-05934 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Nikon Americas, Inc. et al<br>4-17-cv-05936 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Canon USA, Inc.<br>4-17-cv-05938 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. GoPro, Inc.<br>4-17-cv-05939 (NDCA) | Oct. 16, 2017 | NDCA |
| Cellspin Soft, Inc. v. Panasonic Corporation of North America<br>4-17-cv-05941 (NDCA) | Oct. 16, 2017 | NDCA |
| Electronic Scripting Products, Inc. v. HTC America, Inc. et al<br>3-17-cv-05806 (NDCA) | Oct. 09, 2017 | NDCA |
| VLSI Technology LLC v. Intel Corporation<br>5-17-cv-05671 (NDCA) | Oct. 02, 2017 | NDCA |
| Finjan, Inc. v. Juniper Network, Inc.<br>3-17-cv-05659 (NDCA) | Sep. 29, 2017 | NDCA |
| Contour IP Holding, LLC v. GoPro, Inc.<br>3-17-cv-04738 (NDCA) | Aug. 16, 2017 | NDCA |
| Rearden LLC et al v. Crystal Dynamics, Inc.<br>4-17-cv-04187 (NDCA) | Jul. 24, 2017 | NDCA |
| Rearden LLC et al v. The Walt Disney Company et al<br>4-17-cv-04006 (NDCA) | Jul. 17, 2017 | NDCA |

| Case | Date | Court |
|---|---|---|
| XpertUniverse, Inc. v. Cisco Systems, Inc.<br>3-17-cv-03848 (NDCA) | Jul. 06, 2017 | NDCA |
| Semicaps Pte Ltd. v. Hamamatsu Corporation et al<br>4-17-cv-03440 (NDCA) | Jun. 14, 2017 | NDCA |
| Nutanix, Inc v. Uniloc USA, Inc. et al<br>4-17-cv-03181 (NDCA) | Jun. 02, 2017 | NDCA |
| Eolas Technologies Incorporated v. Amazon.com, Inc.<br>4-17-cv-03022 (NDCA) | May. 26, 2017 | NDCA |
| Eolas Technologies Incorporated v. Walmart Inc.<br>4-17-cv-03023 (NDCA) | May. 25, 2017 | NDCA |
| X Commerce, Inc. d/b/a Magento, Inc. v. Express Mobile, Inc.<br>3-17-cv-02605 (NDCA) | May. 05, 2017 | NDCA |
| Free Stream Media Corp. v. Alphonso Inc.<br>3-17-cv-02107 (NDCA) | Apr. 19, 2017 | NDCA |
| Realtime Data LLC v. Fujitsu America, Inc. et al<br>3-17-cv-02109 (NDCA) | Apr. 14, 2017 | NDCA |
| Eolas Technologies Incorporated v. Google LLC<br>4-17-cv-01138 (NDCA) | Mar. 06, 2017 | NDCA |
| Porto Technology Co., LTD v. HTC America, Inc.<br>4-16-cv-01510 (NDCA) | Mar. 28, 2016 | NDCA |
| Porto Technology Co., LTD v. Motorola Mobility LLC<br>4-16-cv-01427 (NDCA) | Mar. 25, 2016 | NDCA |
| Porto Technology Co., LTD v. LG Electronics Mobilecomm U.S.A., Inc.<br>4-16-cv-01428 (NDCA) | Mar. 25, 2016 | NDCA |
| Porto Technology Co., LTD v. Samsung Electronics America, Inc. et al<br>4-16-cv-01429 (NDCA) | Mar. 23, 2016 | NDCA |
| [24]7.ai, Inc., et al v. LivePerson, Inc.<br>4-15-cv-05585 (NDCA) | Dec. 07, 2015 | NDCA |
| Google LLC v. Eolas Technologies Incorporated et al<br>4-15-cv-05446 (NDCA) | Nov. 25, 2015 | NDCA |
| [24]7.ai, Inc., et al v. LivePerson, Inc.<br>4-15-cv-02897 (NDCA) | Jun. 22, 2015 | NDCA |
| Finjan LLC v. Palo Alto Networks, Inc.<br>3-14-cv-04908 (NDCA) | Nov. 04, 2014 | NDCA |
| Capella Photonics, Inc. v. Ciena Corporation<br>3-14-cv-03351 (NDCA) | Jul. 25, 2014 | NDCA |
| Capella Photonics, Inc. v. Cisco Systems, Inc.<br>3-14-cv-03348 (NDCA) | Jul. 24, 2014 | NDCA |
| Capella Photonics, Inc. v. Fujitsu Network Communications, Inc.<br>3-14-cv-03349 (NDCA) | Jul. 24, 2014 | NDCA |
| Capella Photonics, Inc. v. Tellabs, Inc.<br>3-14-cv-03350 (NDCA) | Jul. 24, 2014 | NDCA |
| Droplets, Inc. v. Amazon.com, Inc., et. al.<br>4-12-cv-03733 (NDCA) | Jul. 17, 2012 | NDCA |
| Netlist, Inc. v. Google LLC<br>4-09-cv-05718 (NDCA) | Dec. 04, 2009 | NDCA |